NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AGOSTINI, *et al*,<br><br>                Plaintiffs,<br>v.<br><br>BRISTOL-MYERS SQUIB COMPANY,<br><br>                Defendant. | Civil Action No.: 18-14812 (CCC)<br><br>**ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court by way of the motion for reconsideration (ECF No. 13) filed by plaintiffs Melissa Agostini, Jennifer Vetter, and Merry Dehayes (collectively, "Plaintiffs"). Defendant Bristol-Myers Squibb Company ("Defendant") opposed Plaintiffs' motion (ECF No. 16) and Plaintiffs replied in support of the motion (ECF No. 19). The Court decides this matter without oral argument pursuant to Rule 78(b) of the Federal Rules of Civil Procedure. For the reasons set forth in the accompanying Opinion:

IT IS on this 29th day of May, 2020,

**ORDERED** that Plaintiffs' motion for reconsideration (ECF No. 13) is **DENIED**; and it is finally

**ORDERED** that this case shall remain closed.

**SO ORDERED**.

                                              **CLAIRE C. CECCHI, U.S.D.J.**